UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                              Case No: 19-13196-BKC-RAM
                                                    Chapter 13
Lourdes Rojas Guillen,
              Debtor.
_____/

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE WITHOUT PREJUDICE**

COMES NOW, Lourdes Rojas Guillen (the "Debtor") by and through his undersigned counsel, pursuant to 11 USC §1307(b) files this Motion to Voluntarily Dismiss Chapter 13 Case without prejudice and without a Shortened Cured Period and hereby states as follows:

1. The Debtor filed a voluntary Chapter 13 petition on March 12, 2019.

2. Originally, the petition was filed bare bone by prior attorney Kenneth Abrams, Esquire.

3. The prior attorney failed to notify the Debtor among other things that a payment was due to the Trustee within 30 days after filing.

4. Upon completing the forms, schedules and plan three (3) months have lapse and the Debtor being on social security and pension fixed income is unable to fund the plan.

5. The Debtor's ultimate goal is to save her homestead property from foreclosure. She also wishes to dismiss the instant case without prejudice and proceed to file a new Chapter 13 case where the Debtor can start fresh.

6. The Debtor avers that she has sufficient income to fund a new Chapter 13 plan that will propose to enter into a loan modification to cure the arrears and provide adequate protection payments until such modification is granted or in the alternative, move to cure and maintain.

7. The Debtor cannot wait the statutory 180 day prejudice period before filing a new case because the lender is resetting the foreclosure as of the filing of the instant motion. As such, the Debtor requests the Court to refrain from imposing a prejudice period.

8. Further, good cause exists to reduce the prejudice period to zero (0) days.

9. No creditor will be affected by this voluntary dismissal as they will return back to the original position prior to this filing.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court enter an Order Dismissing this Chapter 13 case without prejudice and shortening the prejudice period of this dismissed case to zero (0) days without a shortened cure, to enable the Debtor to file a new bankruptcy case, and for whatever further relief the Court deems just and proper.

I certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's to Voluntary Dismiss Chapter 13 Case* was served on this __23rd__ day of June 219 via electronic transmission to all parties associated with cm/ecf docketing systems and mailed to all parties listed on the matrix list.

Submitted by,

/S/ Christian Diaz, Esq.
Christian Diaz, Esquire
Flarida Bar No: 518131
**Law Office of Diaz and Associates**
Attorney for Debtor
9730 SW 72 Street, Suite A110
Miami, Florida 33173
Telephone: 305-598-1800
cdiaz@diazlawnow.com

# MATRIX LIST

| | | |
|---|---|---|
| Amex Dsnb<br>Po Box 8218<br>Mason, OH 45040 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Comenity Bank/chadwkvs<br>Po Box 182789<br>Columbus, OH 43218 |
| Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 | Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040 | Ocwen Loan Servicing, LLC<br>PO Box 24738<br>West Palm Beach, FL 33416 |
| Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896 | Tbom/atls/fortiva Thd<br>Po Box 10555<br>Atlanta, GA 30310 | Ward Damon Posner Pheterson &<br>4420 Beacon Circle<br>West Palm Beach, FL 33407 |